FILED

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0639

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0639

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WILLIAM FREDERICK LAMOUREUX,

      Defendant and Appellant.

---

**GRANT**

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 16, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
November 12 2020